IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RICHARD CRAWFORD                                                             PETITIONER

VS.                               CASE NO. 2:06CV00072 HLJ

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                  RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed without prejudice as moot.

SO ADJUDGED this 13th day of June, 2006.

*/s/ Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE